

KERRY S. CULPEPPER *

* ADMITTED TO PRACTICE IN VIRGINIA, HAWAI'I
AND BEFORE THE USPTO

# CULPEPPER IP, LLLC

ATTORNEY AT LAW

75-170 HUALALAI ROAD, SUITE B204
KAILUA-KONA, HI 96740

TEL: (808) 464-4047
FAX: (202) 204-5181

WWW.CULPEPPERIP.COM

SPECIALIZING IN PATENTS, TRADEMARKS & COPYRIGHTS

**May 27, 2020**
**VIA FIRST CLASS MAIL**

Copyright Agent, GoDaddy
Copyright Claims Department
14455 N. Hayden Road, Suite 219
Scottsdale, AZ 85260

Domains by Proxy, LLC
14747 N Northsight Blvd Ste 111 Pmb 309
Scottsdale, AZ 85260

Re: Copyright Claim of websites registered or affiliated with GoDaddy

Dear Sirs:

An electronic signature of the copyright owner, or a person authorized to act on behalf of the owner, of an exclusive copyright that has allegedly been infringed.

Kerry S. Culpepper authorized to act on behalf of owner 42 Ventures, LLC.

/Kerry S. Culpepper/

Identification of the copyrighted work claimed to have been infringed, or, if multiple copyrighted works at a single online site are covered by a single notification, a representative list of such works on that site.

Owner's visual design



Identification of the material that is claimed to be infringing or to be the subject of infringing activity and that is to be removed or access to which is to be disabled, and information reasonably sufficient to permit GoDaddy/Domains by Proxy to locate the material.

Exhibit "2"

Page 2

| No | IP | Website | ISP | Registrar |
|---|---|---|---|---|
| 1 | 166.62.41.113 | https://moviebox.online/ | GoDaddy.com, LLC | GoDaddy.com, LLC |
| 2 | 45.40.133.201 | https://movieboxpro.online/ | GoDaddy.com, LLC | GoDaddy.com, LLC |
| 3 | 23.229.190.228 | http://movie-box-app.com/ | GoDaddy.com, LLC | GoDaddy.com, LLC |
| 4 | 45.40.133.201 | https://movieboxpro.org/tag/moviebox-pro/ | GoDaddy.com, LLC | GoDaddy.com, LLC |
| 5 | 160.153.76.192 | https://www.movieboxfree.com/ | GoDaddy.com, LLC | NameCheap, Inc. |
| 6 | 160.153.133.84 | http://yao-studio.com/media/ | GoDaddy.com, LLC | GoDaddy.com, LLC |
| 7 | 104.27.191.124 | https://showbox.tel/ | Cloudflare | GoDaddy.com, LLC |
| 8 | 104.22.36.224 | https://troypoint.com/showbox-apk/ | Cloudflare | GoDaddy.com, LLC |
| 9 | 104.18.32.80 | https://showbox.buzz/showbox-apk-android/ | Cloudflare | GoDaddy.com, LLC |

Information reasonably sufficient to permit GoDaddy to contact the Complaining Party, such as an address, telephone number, and, if available, an electronic mail address at which the Complaining Party may be contacted.

Kerry S. Culpepper, Esq.

Culpepper IP, LLLC

75-170 Hualalai Road

Suite B204

Kailua-Kona, Hawaii 96740

US Tel 1-808-464-4047

A statement that the Complaining Party has a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

Page 3

I, have a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

<u>A statement that the information in the notification is accurate, and under penalty of perjury, that the Complaining Party is the owner, or is authorized to act on behalf of the owner, of an exclusive right that is allegedly infringed.</u>

The information in the notification is accurate, and under penalty of perjury, I am authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

Sincerely,

Kerry S. Culpepper